# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

FINANCIAL PACIFIC LEASING, INC.

      Plaintiff

  v.

                                               Civil Action No. 2:23-cv-79

A&J LOGISTIC LLC
*doing business as* A&J Logistic, LLC
*doing business as* A&J Logistics

JERMAINE S. HOLMES

APRIL M. HOLMES

      Defendants

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

__X__ the plaintiff Financial Pacific Leasing, Inc., recover from the defendants Jermaine S. Holmes and April M. Holmes in the amount of One Hundred Thirty-Two Thousand Three Hundred Fifty-Nine dollars and 32/100 ($132,359.32) in contractual damages and Four Thousand Eight Hundred Sixteen dollars and 05/100 ($4,816.05) in attorneys' fees and costs.

____ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant_____ recover costs from the plaintiff _____.

____ Other: _____

_____

This action was (*check one*):

____ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

____ tried by Judge _____ without a jury and the above decision was reached.

__X__ decided by Judge James T. Moody on Motion for Default Judgment.

DATE: 8/27/2024          CHANDA J. BERTA, CLERK OF COURT

by   s/A. Highlen
*Signature of Clerk or Deputy Clerk*